UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-7418-GW-AJRx | Date | September 24, 2025 |
|---|---|---|---|
| Title | *United African-Asian Abilities Club et al v. Hollywood Western Serrano Apartments, LLC, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 23, 2025, Plaintiffs filed a Notice of Settlement [13]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for November 10, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 6, 2025.

                                                                                                    :
                                                              Initials of Preparer   JG